METHFESSEL & WERBEL, ESQS.
450 Seventh Avenue, Suite 1400
New York, NY 10123
(212) 947-1999
Attorneys for BMS Catastrophe, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL CABRERA,

                    Plaintiff,

-AGAINST-

90 CHURCH STREET LIMITED
PARTNERSHIP, BOSTON
PROPERTIES, INC., NEW YORK
UNIVERSITY, VERIZON NEW
YORK, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC,
BROOKFIELD FINANCIAL
PROPERTIES, L.P., AND BLACKMON-
MOORING-STEAMATIC CATASTOPHE,
INC. D/B/A BMS CAT,

                    Defendants.

21 MC 102 (AKH)

INDEX NO.: 08 CV 01642

**NOTICE OF ADOPTION OF ANSWER
TO MASTER COMPLAINT**

PLEASE TAKE NOTICE THAT Defendant, BMS Catastrophe, Inc. s/h/a
Blackmon-Mooring-Steamatic Catastophe, Inc. d/b/a BMS Catastrophe, by
their attorneys, Methfessel & Werbel, as and for their response to the
allegations set forth in the Complaint by Adoption (Check-Off Complaint)
Related to the Master Complaint filed in the above referenced action, hereby
adopts their Answer and defenses to the Master Complaint, dated July 26,
2007, which was filed in the matter of:    *In Re World Trade Center Lower
Manhattan Disaster Site Litigation, 21 MC 102 (AKH).*

To the extent that Defendant's Answer to the Master Complaint does not
comprehensively address any of the specific allegations within the Check-Off
Complaint in the above captioned matter, Defendant, Defendant, BMS

Catastrophe, Inc., denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, the defendant, Defendant, BMS Catastrophe, Inc., demands judgment dismissing the above captioned action as against them, together with costs, disbursements and such other and further relief as this Court deems just and proper.


DATED:  New York, New York
        June 5, 2008

                                        **METHFESSEL & WERBEL, ESQS.**
                                        Attorneys for Blackmon-Mooring-
                                        Steamatic Catastophe, Inc. d/b/a BMS
                                        Catastrophe


                                        By:_____

**CERTIFICATE OF MAILING**

The undersigned hereby certifies as follows:

    1.  I am employed by the law firm of Methfessel & Werbel.

    2.  On  June 5, 2008 the undersigned prepared and forwarded copies of the the undersigned prepared and forwarded copies of the within Notice of Adoption , via ECF, to the following parties:

        David L. Kremen, Esq.
        Oshman & Mirasola, LLP
        42 Broadway, 10th Floor
        New York, NY 10004
        Attorneys for: Plaintiff

        All Defense Counsel

    3.  I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

_____
Frank J. Keenan