Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
90 CHURCH STREET LIMITED PARTNERSHIP
and BOSTON PROPERTIES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

MANUEL CABRERA,                                                  Index No.: 08-CV-01642

                Plaintiff(s),

  -against-                                                      **NOTICE OF ADOPTION OF ANSWER
                                                                 TO MASTER COMPLAINT**

90 CHURCH STREET LIMITED                                         **ELECTRONICALLY FILED**
PARTNERSHIP, BOSTON PROPERTIES
INC., NEW YORK UNIVERSITY, VERIZON
NEW YORK, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC,
BROOKFIELD FINANCIAL PROPERTIES,
L.P., AND BLACKMON-MOORING-
STEAMATIC CATASTROPHE, INC. D/B/A
BMS CAT,
                Defendant(s).
------------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 2, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., demand judgment dismissing the above-captioned action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      June 3, 2008

                        Yours etc.,

                        McGIVNEY & KLUGER, P.C.
                        Attorneys for Defendants
                        90 CHURCH STREET LIMITED PARTNERSHIP
                        and BOSTON PROPERTIES, INC.

                        By: _____
                           Richard E. Leff (RL-2123)
                           80 Broad Street, 23rd Floor
                           New York, New York 10004
                           (212) 509-3456

TO:    OSHMAN & MIRISOLA, LLP
         Plaintiffs Liaison
         In Re Lower Manhattan Disaster Site
         Litigation
         Attn: David L. Kremen
         42 Broadway, 10th Floor
         New York, New York 10004
         (212) 233-2100

         All Defense Counsel