UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

**21 MC 102 (AKH)**

MANUEL CABRERA,

Plaintiffs,

- against -

90 CHURCH STREET LIMITED PARTNERSHIP, BOSTON PROPERTIES, INC, NEW YORK UNIVERSITY, VERIZON NEW YORK, INC., HILLMAN ENVIRONMENTAL GROUP, LLC, BROOKFIELD FINANCIAL PROPERTIES, L.P., and BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. d/b/a BMS CAT,

Defendants.

**DOCKET NO.**

**08-CV-01642**

Judge Hellerstein

**AFFIDAVIT OF SERVICE**

I, Anna Tse, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Brooklyn, New York.

On May 23, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, Boston Properties, Inc., by its designated agent, CT Corporation System, more specifically, Nora Dindyal, at:

CT Corporation System
111 Eighth Avenue, 13th Floor
New York, New York 10011

Anna Tse

Sworn to before me on this
1 day of June, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20 09