UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

MANUEL CABRERA,

                    Plaintiffs,

- against -

90 CHURCH STREET LIMITED PARTNERSHIP,
BOSTON PROPERTIES, INC, NEW YORK UNIVERSITY,
VERIZON NEW YORK, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC,  BROOKFIELD
FINANCIAL PROPERTIES, L.P., and BLACKMON-
MOORING-STEAMATIC CATASTOPHE, INC. d/b/a  BMS
CAT,

                    Defendants.

**21 MC 102 (AKH)**

**DOCKET NO.**

**08-CV-01642**

Judge Hellerstein

**AFFIDAVIT OF
SERVICE**

I, Jorge Anzola, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Queens, New York.

On June 6, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, New York University, more specifically on Karen Julien, Coordinator, at:

New York University
Office of the Legal Counsel
70 Washington Square South - 11th Floor
New York, New York

Jorge Anzola

Sworn to before me on this
6th day of June, 2008

Notary Public

CHARLES J. MIRISOLA
NEW YORK
02MI6177947
NEW YORK
11/19/ 1