UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| MANUEL CABRERA, | DOCKET NO. |
| Plaintiffs, | 08-CV-01642 |
| | Judge Hellerstein |
| | **AFFIDAVIT OF SERVICE** |
| - against - <br> 90 CHURCH STREET LIMITED PARTNERSHIP, BOSTON PROPERTIES, INC, NEW YORK UNIVERSITY, VERIZON NEW YORK, INC., HILLMAN ENVIRONMENTAL GROUP, LLC, BROOKFIELD FINANCIAL PROPERTIES, L.P., and BLACKMON-MOORING-STEAMATIC CATASTROPHE, INC. d/b/a BMS CAT, | |
| Defendants. | |

I, Anna Tse, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Brooklyn, New York.

On May 23, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, Blackmon-Mooring-Steamatic Catastrophe, Inc. d/b/a BMS CAT, by its designated agent, CT Corporation System, more specifically, Nora Dindyal, at:

        CT Corporation System
        111 Eighth Avenue, 13th Floor
        New York, New York 10011

                                  Anna Tse

Sworn to before me on this
  day of June, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20__