***** **AFFIDAVIT OF SERVICE** *****   06/13/2008

SHERIFFS NUMBER: S08003856   DEFENDANT SEQUENCE 1 OF 1
TYPE OF SERVICE...   Summons and Complaint

I, RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE **PATRICK HORA**

AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

| ATTORNEY | CHECK # | AMOUNT |
|---|---|---|
| OSHMAN & MIRISOLA, LLP<br>42 BROADWAY<br>10TH FLOOR<br>NEW YORK, NY 10004-1617 | 1902<br>CONTROL # 21705 | 28.00 |

**COURT DATA**   ASOHNEN

COURT OF ISSUANCE: US District Court
WRIT EXPIRATION:   STATE: NY   COUNTY OF VENUE: Southern District
COURT DOCKET #: 08CV01642   **CAPTION OF CASE**
NAME:   MANUEL CABRERA
   VS   HILLMAN ENVIORMENTAL GROUP, LLC,

**DEFENDANT OR NAMED WITHIN TO BE SERVED**
NAME:   HILLMAN ENVIORMENTAL GROUP, LLC,
ADDRESS:   1600 ROUTE 22 EAST
   UNION, NJ 07083

**PAPERS SERVED**
SUMMONS, VERIFIED COMPLAINT, OUT OF STATE REQUIRE DESCRIPTION

**SERVICE DATA RECORDED**

☒ SERVED SUCCESSFULLY   ☐ UNABLE TO SERVE   NUMBER OF ATTEMPTS ____
DATE: 6/17/08   TIME: 1136   DATE: ____ DATE: ____
REMARKS: ____   TIME: ____ TIME: ____
   DATE: ____ DATE: ____
   TIME: ____ TIME: ____

☐ PERSONALLY DELIVERED   ☐ OFFICER   ☐ MANAGING AGENT   ☐ REGISTERED AGENT
☐ COPY LEFT WITH COMPETENT HOUSEHOLD MEMBER   ☒ AGENT AUTHORIZED TO ACCEPT
   ☐ IS IN THE MILITARY   ☐ NOT IN THE MILITARY
PERSON SERVED: TAMMY L. LOMAX - ADMINISTRATIVE ASST
   (TITLE/RELATIONSHIP)

SEX:   ☐ MALE   ☒ FEMALE
SKIN:   ☐ WHITE   ☐ BLACK   ☐ YELLOW   ☒ BROWN   ☐ RED
HEIGHT:   ☐ UNDER 5 FT.   ☐ 5.0 - 5.6 FT.   ☒ 5.7 - 6.0 FT.   ☐ OVER 6 FT.
WEIGHT:   ☐ UNDER 100 LBS.   ☒ 100 - 150 LBS.   ☐ 151 - 200 LBS.   ☐ OVER 200 LBS.
HAIR:   ☐ BLACK   ☒ BROWN   ☐ BLOND   ☐ GRAY   ☐ RED   ☐ WHITE   ☐ BALDING
AGE:   ☐ 14 - 20   ☒ 21 - 35   ☐ 36 - 50   ☐ 51 - 65   ☐ OVER 65

SWORN TO AND SUBSCRIBED
BEFORE ME ON FRANCES DIDOMATO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 3, 2009

SIGNATURE
SHERIFF'S OFFICER OF UNION COUNTY
STATE OF NEW JERSEY